# United States District Court
## Western District of North Carolina
### Bryson City Division

ALMA MATHIS MCCLURE,     )        JUDGMENT IN CASE
                           )
        Plaintiff,       )        2:12-cv-00092-RLV
                           )
          vs.         )
                           )
CAROLYN W. COLVIN, Acting    )
Commissioner of Social Security,   )
                           )
       Defendant.     )

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2014 Order.

October 23, 2014

Frank G. Johns, Clerk
United States District Court